IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRAY JIBRIL MURRAY, | : | |
| Plaintiff, | : | 1:17-cv-1637 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| SECRETARY JOHN E. WETZEL, | : | |
| *et al.*, | : | |
| Defendants. | : | |

## **SCHEDULING ORDER**

### **April 10, 2018**

NOW THEREFORE, upon consideration of Defendants' motion (Doc. 26) to stay discovery pending resolution of Plaintiff's motion for injunctive relief, and based upon the Courts' Order of the same date denying injunctive relief, it is hereby ORDERED that:

1. Defendants' motion (Doc. 26) to stay discovery is DENIED as moot.

2. The time period for Defendants to respond to any discovery previously served upon them by Plaintiff commences running as of the date of this Order.

3. Discovery shall be completed on or before July 10, 2018. In accordance with Local Rule of Court 5.4 (b), the parties shall refrain from filing discovery requests with the Court.

4. Dispositive motions shall be filed on or before August 10, 2018.

5. No extensions of the pre-trial schedule shall be granted absent good cause. *See* FED. R. CIV. P. 16(b).

6. Any motions or briefs filed after the expiration of the applicable deadline, without prior leave of court, shall be stricken from the record.

7. The scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

s/ John E. Jones III
John E. Jones III
United States District Judge
