IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRAY JIBRIL MURRAY, | : | |
| Plaintiff, | : | 1:17-cv-1637 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| SECRETARY JOHN E WETZEL, | : | |
| *et al.*, | : | |
| Defendants. | : | |

# ORDER

### March 29, 2021

NOW THEREFORE, upon consideration of Defendants' motions (Docs. 133, 135) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motions (Docs. 133, 135) for summary judgment are GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of Defendants and against Plaintiff.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania
